WNI 18-023135
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| IN RE:<br><br>ROBERT M DILMORE, DEBTOR | UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>CASE NO.: 18-17326-ABA<br>CHAPTER 13<br><br>HEARING DATE: JUNE 27, 2018 |
|---|---|

NOTICE OF OBJECTION TO CONFIRMATION

The undersigned, Shapiro & DeNardo, LLC, attorneys for the Secured Creditor, Wells Fargo Bank, N.A., the holder of a Mortgage on Debtor's property located at 24 Farm House Lane, Maple Shade, New Jersey 08052, hereby objects to the Confirmation of the Debtor's proposed Chapter 13 Plan on the following grounds:

1) Debtor's Chapter 13 Plan does not provide for the Secured Creditor to receive distributions with a value equal to the allowed amount of its claims required by 11 U.S.C.1325(a)(5)(B)(ii).

2) Secured Creditor is absent from Debtor's Proposed Chapter 13 Plan and does not provide for ongoing contractually due monthly obligations.

3) Debtor's Chapter 13 Plan does not explicitly provide the amount to maintain ongoing contractually due monthly obligations to Secured Creditor: in violation of 11 U.S.C. 1322(b)(5).

WHEREFORE, Wells Fargo Bank, N.A. respectfully requests that the Confirmation of Debtor's Chapter 13 plan be denied and that the Debtor be required to file an Amended Chapter 13 Plan providing for full payment of arrears due to the Secured Creditor.

SHAPIRO & DENARDO, LLC

By: /s/ Charles G. Wohlrab
   Charles G. Wohlrab, Esquire

Dated: 5/24/18

WNI 18-023135
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Katherine Knowlton Lopez - 013502011
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

| IN RE: | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
|---|---|
| ROBERT M DILMORE, DEBTOR | CASE NO.: 18-17326-ABA<br>CHAPTER 13<br><br>HEARING DATE: JUNE 27, 2018 |

## CERTIFICATION OF SERVICE

I, Emily White

1. ☐ represent the _____ in the above-captioned matter.

   ☒ am the secretary/paralegal for Charles G. Wohlrab, Esquire, who represents the Secured Creditor in the above-captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2. On __05/25/2018__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

   Notice of Objection to Confirmation of Plan,

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Signature

Dated: __May 25, 2018__

_Emily White_
Emily White

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Seymour Wasserstrum<br>Wasserstrum & Herron, LLP<br>205 West Landis Avenue<br>Vineland, NJ 08360 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Robert M Dilmore<br>24 Farm House Lane<br>Maple Shade, NJ 08052 | | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| | | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

# SHAPIRO & DeNARDO, LLC

ATTORNEYS AT LAW
A PENNSYLVANIA LIMITED LIABILITY COMPANY

**14000 Commerce Parkway, Suite B**
**Mount Laurel, NJ 08054**
**Tel: (856) 793-3080    Fax: (847) 627-8809**

**GERALD M. SHAPIRO** +++
**DAVID S. KREISMAN** **
**CHRISTOPHER A. DeNARDO** +

+ Licensed in New Jersey and Pennsylvania
++ Licensed in New Jersey and New York
+++ Licensed in Illinois and Florida
++++ Licensed in New Jersey and Florida
+++++Licensed in Rhode Island and New Jersey
*+ Licensed in New Jersey, Pennsylvania, Florida
* Licensed in New Jersey Only
** Licensed in Illinois Only
***Licensed in Pennsylvania Only

**NJ Attorneys**
**CHANDRA M. ARKEMA** +
 **Managing Partner – NJ**
**KATHLEEN M. MAGOON** *
**Supervising Foreclosure Attorney**
**KRYSTIN M. KANE**+++++
**KATHERINE KNOWLTON LOPEZ** +
**COURTNEY A. MARTIN***+
**DONNA L. SKILTON** +
**CHARLES G. WOHLRAB** +
**JEFFREY RAPPAPORT***
**GARY M. KANELLIS** ++
**Of Counsel**

May 24, 2018

United States Bankruptcy Court
Mitchell H. Cohen U.S. Courthouse
400 Cooper Street
Camden, NJ 08101

In Re:  Robert M Dilmore, Debtor
Case No:  18-17326-ABA
Chapter:  13
Secured Creditor:  Wells Fargo Bank, N.A.
Our file number:  18-023135

Dear Court Clerk:

Enclosed please find Notice of Objection to Confirmation, said Confirmation Hearing presently scheduled before the Court on June 27, 2018 at 9:00AM.


Thank you for your attention.

Very truly yours,
Shapiro & DeNardo, LLC

By:/s/ Charles G. Wohlrab
     Charles G. Wohlrab, Esquire


Enclosures
cc:     Seymour Wasserstrum, Debtor's Attorney
        Isabel C. Balboa, Chapter 13 Standing Trustee, Trustee
        Robert M Dilmore, Debtor
        24 Farm House Lane
        Maple Shade, NJ 08052

**PENNSYLVANIA OFFICE**: 3600 Horizon Drive, Suite 150, King of Prussia, PA 19406