UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, NJ 08360
P: 856-696-8300
F: 856-696-3586
mylawyer7@aol.com

**Order Filed on September 4, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert M. Dilmore

Case No.: 18-17326

Chapter: 13

Judge: ABA

**ORDER AUTHORIZING RETENTION OF**

Moshe Rothenberg, Esq., Nunc Pro Tunc

The relief set forth on the following page is **ORDERED**.

**DATED: September 4, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Upon the applicant's request for authorization to retain  Moshe Rothenberg, Esq., Nunc Pro Tunc

as  Special Counsel , it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  880 E. Elmer Rd

   Vineland, NJ 08360

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted  ☐ Denied.

   ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

   ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

*rev.8/1/15*

2