UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-023135
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

ROBERT M DILMORE, DEBTOR

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-17326-ABA

HEARING DATE: JANUARY 23, 2019

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

**CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Seymour Wasserstrum, attorney for the Debtor upon the filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 24 Farm House Lane, Maple Shade, New Jersey 08052.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $2,767.44; as evidenced in Secured Creditor's Proof of Claim No. 5-1 filed on June 6, 2018.

3. Debtor agrees to incorporate this amount, $2,767.44, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,309.82.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on May 25, 2018 ECF Doc.:26.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content,
and entry of the within Order.

Shapiro & DeNardo, LLC

_____      Date: 11-13-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____      Date: 11/12/18
Seymour Wasserstrum, Esquire
Attorney for the Debtor