UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

WNI 18-023135
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856)793-3080
Chandra M. Arkema - 029552006
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
ATTORNEYS FOR WELLS FARGO BANK, N.A.

IN RE:

ROBERT M DILMORE, DEBTOR

Order Filed on November 16, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

CASE NO.: 18-17326-ABA

HEARING DATE: JANUARY 23, 2019

JUDGE: HONORABLE ANDREW B. ALTENBURG, JR.

## CONSENT ORDER RESOLVING OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby ORDERED.

**DATED: November 16, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter being opened to the Court by Seymour Wasserstrum, attorney for the Debtor upon the filing of a Chapter 13 Plan, and Wells Fargo Bank, N.A., hereinafter "Secured Creditor," by and through its Authorized Agent, SHAPIRO & DENARDO, upon the filing of an Objection to Confirmation of Plan, and parties having subsequently resolving their differences with regard to the Debtor's Chapter 13 Plan; and the Court noting the consent of the parties to the form, substance and entry of the within Order; and the court considered the parties' application for entry of this Consent Order, and for other good cause shown,

1. Debtor is the mortgagor, and Secured Creditor is the mortgagee, of an agreement secured by real property located at 24 Farm House Lane, Maple Shade, New Jersey 08052.

2. At the time of filing, Debtor owed Secured Creditor a pre-petition arrearage of $2,767.44; as evidenced in Secured Creditor's Proof of Claim No. 5-1 filed on June 6, 2018.

3. Debtor agrees to incorporate this amount, $2,767.44, into the Chapter 13 Plan to be distributed to Secured Creditor to cure the aforementioned default.

4. Debtor agrees to maintain all contractually due post-petition payments associated with this mortgage loan, which currently amount to $2,309.82.

5. Secured Creditor agrees this Order resolves the Objection to Confirmation of Plan filed on May 25, 2018 ECF Doc.:26.

6. This Consent Order is hereby incorporated into Debtor's Chapter 13 Plan

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____  Date: 11-13-18
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____  Date: 11/12/18
Seymour Wasserstrum, Esquire
Attorney for the Debtor

United States Bankruptcy Court
District of New Jersey

In re:  
Robert M. Dilmore  
    Debtor

Case No. 18-17326-ABA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Nov 16, 2018  
                      Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2018.  
db         +Robert M. Dilmore,    24 Farm House Ln,    Maple Shade, NJ 08052-2800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2018 at the address(es) listed below:  
           Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com, njbankruptcynotifications@logs.com  
           Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
           Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com, mdepietro@stark-stark.com  
           Kevin Gordon McDonald    on behalf of Creditor    E*Trade Bank kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
           Moshe  Rothenberg    on behalf of Debtor Robert M. Dilmore moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com  
           Moshe  Rothenberg    on behalf of Plaintiff Robert M. Dilmore moshe@mosherothenberg.com, alyson@mosherothenberg.com;ajohn880@gmail.com  
           Seymour  Wasserstrum    on behalf of Debtor Robert M. Dilmore mylawyer7@aol.com, ecf@seymourlaw.net  
           Stephen B. McNally    on behalf of Debtor Robert M. Dilmore steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
           Stephen B. McNally    on behalf of Defendant    NR DEED, LLC steve@mcnallylawllc.com, jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                                                                                                   TOTAL: 12