**STATISTICAL INFORMATION ONLY: Debtor must select the number of each of the following items included in the Plan.**

| 0 | Valuation of Security | 0 | Assumption of Executory Contract or Unexpired Lease | 0 | Lien Avoidance |

Last revised: **September 1, 2018**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:                                                      Case No.:                18-17326

Robert M. Dilmore                                      Judge:                        ABA

                    Debtor(s)

## Chapter 13 Plan and Motions

☐ Original              ☒ Modified/Notice Required              Date:    3/20/19

☐ Motions Included    ☐ Modified/No Notice Required

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

### YOUR RIGHTS MAY BE AFFECTED

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the *Notice*.  Your rights may be affected by this plan.  Your claim may be reduced, modified, or eliminated. This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice. The Court may confirm this plan, if there are no timely filed objections, without further notice. See Bankruptcy Rule 3015. If this plan includes motions to avoid or modify a lien, the lien avoidance or modification may take place solely within the chapter 13 confirmation process. The plan confirmation order alone will avoid or modify the lien.  The debtor need not file a separate motion or adversary proceeding to avoid or modify a lien based on value of the collateral or to reduce the interest rate.  An affected lien creditor who wishes to contest said treatment must file a timely objection and appear at the confirmation hearing to prosecute same.

> **The following matters may be of particular importance. Debtors must check one box on each line to state whether the plan includes each of the following items. If an item is checked as "Does Not" or if both boxes are checked, the provision will be ineffective if set out later in the plan.**

THIS PLAN:

☐ DOES ☒ DOES NOT CONTAIN NON-STANDARD PROVISIONS. NON-STANDARD PROVISIONS MUST ALSO BE SET FORTH IN PART 10.

☐ DOES ☒ DOES NOT LIMIT THE AMOUNT OF A SECURED CLAIM BASED SOLELY ON VALUE OF COLLATERAL, WHICH MAY RESULT IN A PARTIAL PAYMENT OR NO PAYMENT AT ALL TO THE SECURED CREDITOR. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

☐ DOES ☒ DOES NOT AVOID A JUDICIAL LIEN OR NONPOSSESSORY, NONPURCHASE-MONEY SECURITY INTEREST. SEE MOTIONS SET FORTH IN PART 7, IF ANY.

Initial Debtor(s)' Attorney:  /s/ SW        Initial Debtor:  /s/ RD        Initial Co-Debtor:  /s/

**Part 1:    Payment and Length of Plan**

a.  The debtor shall pay $ _____470.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____April 1, 2019_____ for approximately _____49_____ months.

b.  The debtor shall make plan payments to the Trustee from the following sources:

☒    Future earnings

☐    Other sources of funding (describe source, amount and date when funds are available):

c.  Use of real property to satisfy plan obligations:

☒  Sale of real property
Description: 124 W. Main Street, Maple Shade, NJ 08052
Proposed date for completion: August 31, 2019_____

☐  Refinance of real property:
Description:
Proposed date for completion: _____

☐  Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d.  ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e.  ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection ☒ NONE**

  a.  Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

  b.  Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

  a. All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| CHAPTER 13 STANDING TRUSTEE | ADMINISTRATIVE | AS ALLOWED BY STATUTE |
| ATTORNEY FEE BALANCE | ADMINISTRATIVE | BALANCE DUE: $ 2,960.00+300.00 |
| DOMESTIC SUPPORT OBLIGATION | Child Support | Notice Only |
| Internal Revenue Service | Taxes | $6,389.00 |
| State of New Jersey | Taxes | $4.813.82 |
| Township | Taxes | Notice Only |

  b.  Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount:
  Check one:
  ☒ None

  ☐ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim pursuant to 11 U.S.C.1322(a)(4):

| Creditor | Type of Priority | Claim Amount | Amount to be Paid |
|---|---|---|---|
| | Domestic Support Obligations assigned or owed to a governmental unit and paid less than full amount. | | |

## Part 4:   Secured Claims

### a.  Curing Default and Maintaining Payments on Principal Residence: ☐ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
| E*Trade | 24 Farm House Ln. Maple Shade, NJ 08052 | $883.99 | None | $883.99 | $883.99 |
| Wells Fargo | 24 Farm House Ln. Maple Shade, NJ 08052 | $2,767.44 | None | $2,767.44 | $2,292.64 |

### b.  Curing and Maintaining Payments on Non-Principal Residence & other loans or rent arrears:  ☒ NONE

The Debtor will pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor will pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### c.  Secured claims excluded from 11 U.S.C. 506:  ☒ NONE

The following claims were either incurred within 910 days before the petition date and are secured by a purchase money security interest in a motor vehicle acquired for the personal use of the debtor(s), or incurred within one year of the petition date and secured by a purchase money security interest in any other thing of value:

| Name of Creditor | Collateral | Interest Rate | Amount of Claim | Total to be Paid through the Plan Including Interest Calculation |
|---|---|---|---|---|
|  |  |  |  |  |

**d. Requests for valuation of security, Cram-down, Strip Off & Interest Rate Adjustments**    ☒ **NONE**

1.)  The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.)  Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**e.  Surrender** ☒ **NONE**

Upon confirmation, the stay is terminated as to surrendered collateral only under 11 U.S.C. 362(a) and that the stay under 11 U.S.C 1301 be terminated in all respects. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**f. Secured Claims Unaffected by the Plan** ☐ **NONE**

The following secured claims are unaffected by the Plan:

Financing held with Credit Union Loan Source for 2013 Nissan Sentra - debtor to maintain payments outside of bankruptcy
Financing held with Steward Financial Group for 2005 Dodge Ram - debtor to maintain payments outside of bankruptcy
Business with personal guarantee on future accounts receivable. Held with Reliant Funding. Debtor will maintain outside of the bankruptcy.

**g. Secured Claims to be Paid in Full Through the Plan**: ☒ **NONE**

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

---

**Part 5:    Unsecured Claims ☒ NONE**

**a. Not separately classified** allowed non-priority unsecured claims shall be paid:

☐ Not less than $ 0.00_____ to be distributed *pro rata*

☒ Not less than 100_____ percent

☐ *Pro Rata* distribution from any remaining funds

**b. Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis for Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

**Part 6:    Executory Contracts and Unexpired Leases  ☒ NONE**

(NOTE:  See time limitations set forth in 11 U.S.C. 365(d)(4) that may prevent assumption of non-residential real property leases in this Plan.)

All executory contracts and unexpired leases, not previously rejected by operation of law, are rejected, except the following, which are assumed:

| Creditor | Arrears to be Cured in Plan | Nature of Contract or Lease | Treatment by Debtor | Post-Petition Payment |
|----------|------------------------------|------------------------------|----------------------|------------------------|
|          |                              |                              |                      |                        |

**Part 7:    Motions  ☒ NONE**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service*, *Notice of Chapter 13 Plan Transmittal and valuation* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

**a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).   ☒ NONE**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|----------|----------------------|--------------|----------------|---------------------|------------------------------|---------------------------------------------|------------------------------|
|          |                      |              |                |                     |                              |                                             |                              |

**b. Motion to Avoid Liens and Reclassify Claim from Secured to Completely Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor's Interest in Collateral | Total Amount of Lien to be Reclassified |
|---|---|---|---|---|---|---|
| | | | | | | |

**c. Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.** ☒ **NONE**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|---|---|
| | | | | | |

## Part 8:    Other Plan Provisions

**a. Vesting of Property of the Estate**

☒ Upon confirmation

☐ Upon discharge

**b.  Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Standing Trustee shall pay allowed claims in the following order:

1) Ch. 13 Standing Trustee commissions

2) <u>Priority Claims</u>

3) <u>Secured Claims</u>

4) <u>Unsecured Claims</u>

**d. Post-Petition Claims**

The Standing Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

---

**Part 9:    Modification ☒ NONE**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being modified: 3/20/19_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list the debt with Wells Fargo as a cure and maintain under part 4(a). To list the debt with E*Trade as a cure and maintain under part 4(a). To change the length of the Plan from 36 to 60 months. To list the property located at 124 W. Main Street, Maple Shade, NJ 08052 as to be sold by August 31, 2019 per the consent order in the Adversary Proceeding 18-01252 docket 15. | To list the debt with Wells Fargo as a cure and maintain under part 4(a). To list the debt with E*Trade as a cure and maintain under part 4(a). To change the length of the Plan from 36 to 60 months. To list the property located at 124 W. Main Street, Maple Shade, NJ 08052 as to be sold by August 31, 2019 per the consent order in the Adversary Proceeding 18-01252 docket 15. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐  Yes    ☒    No

---

**Part 10:    Non-Standard Provision(s): Signatures Required**

Non-Standard Provisions Requiring Separate Signatures:

☒ NONE

☐ Explain here:

Any non-standard provisions placed elsewhere in this plan are ineffective.

## Signatures

The Debtor(s) and the attorney for the Debtor(s), if any, must sign this Plan.

By signing and filing this document, the debtor(s), if not represented by an attorney, or the attorney for the debtor(s) certify that the wording and order of the provisions in this Chapter 13 Plan are identical to Local Form, *Chapter 13 Plan and Motions*, other than any non-standard provisions included in Part 10.

I certify under penalty of perjury that the above is true.

Date: 3/20/19 _____          /s/ Robert M. Dilmore _____
                                                  Debtor

Date: _____                  /s/ _____
                                                  Joint Debtor

Date: 3/20/19 _____          /s/Seymour Wasserstrum _____
                                                  Attorney for Debtor(s)

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-17326-ABA
Robert M. Dilmore                                              Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Mar 27, 2019
                             Form ID: pdf901        Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 29, 2019.
db            +Robert M. Dilmore,   24 Farm House Ln,   Maple Shade, NJ 08052-2800
r             +Michael Joffe,   Evergreen Real Estate, LLC,   105 N Highstreet,   Millville, NJ 08332-3831
cr            +Steward Financial Services,   c/o Stark & Stark,   993 Lenox Drive,
               Lawrenceville, NJ 08648-2316
517523804     +Christiana Trust as Custodian GSRAN-2,   501 Carr Road, Suite 100,   Wilmington, DE 19809-2866
517546355     +Credit Union of New Jersey,   c/o Peter J. Liska, LLC,   766 Shrewsbury Ave.,
               Tinton Falls, NJ 07724-3001
517473078     +ETrade Bank,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517450987    ++++SPECIALIZED LOAN SERVICING,   PO BOX 266005,   LITTLETON CO  80163-6005
               (address filed with court: Specialized Loan Servicing,   PO Box 266005,   Littleton, CO 80163)
517450988     +STATE  Of NEW JERSEY-TREASURY,   847 RORBLING AVENUE,   DEPARTMENT OF TREASURY,
               TRENTON, NJ 08611-1023
517450989    ++STATE OF NEW JERSEY,   DIVISION OF TAXATION BANKRUPTCY UNIT,   PO BOX 245,
               TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,   P.O. Box 245,
               Dept Of Treasury-Division Of Taxation,   Trenton, NJ 08695-0245)
517523806     +Specialized Loan Service,   8742 Lucent Blvd, Ste 300,   Highlands Ranch, CO 80129-2386
517450990     +Steward Financial Group,   PO Box 39,   Maple Shade, NJ 08052-0039
517533089     +Steward Financial Services,   c/o Stark & Stark, P.C.,   993 Lenox Drive,
               Lawrenceville, NJ  08648,   Attention: Jennifer D. Gould, Esquire 08648-2316
517450992      The Home Depot,   PO Box 689100,   Des Moines, IA 50368-9100
517576209      Wells Fargo Bank, N.A., as Servicer,   Default Document Processing N9286-01Y,
               1000 Blue Gentian Road,   Eagan MN 55121-7700
517450993     +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Mar 27 2019 23:45:23     U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 27 2019 23:45:19     United States Trustee,
               Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
517450981      E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 27 2019 23:41:49     Capital One,
               PO Box 85015,   Richmond, VA 23285-5015
517569089      E-mail/Text: bankruptcy@cunj.org Mar 27 2019 23:45:08     Credit Union of New Jersey,
               PO Box 7921,   Ewing, NJ 08628-3010
517450982      E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 23:41:40     CareCredit,   PO Box 960061,
               Orlando, FL 32896-0061
517523805     +E-mail/Text: bankruptcy@culsllc.com Mar 27 2019 23:45:31     Credit Union Loan Source,
               PO Box 105388,   Atlanta, GA 30348-5388
517450983     +E-mail/Text: bankruptcy@cunj.org Mar 27 2019 23:45:08     Credit Union of New,   7 Dunmore Ave,
               Trenton, NJ 08618-1937
517450986      E-mail/Text: cio.bncmail@irs.gov Mar 27 2019 23:44:35     Internal Revenue Service,
               P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07080
517580551     +E-mail/Text: bankruptcydpt@mcmcg.com Mar 27 2019 23:45:18     Midland Funding LLC,
               PO Box 2011,   Warren, MI 48090-2011
517599479      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:42:28
               Portfolio Recovery Associates, LLC,   c/o Care Credit,   POB 41067,   Norfolk VA 23541
517599481      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 27 2019 23:41:51
               Portfolio Recovery Associates, LLC,   c/o Pc Richard,   POB 41067,   Norfolk VA 23541
517450991      E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 23:42:13     SYNCB/PC,   PO Box 965036,
               Orlando, FL 32896-5036
517453002     +E-mail/PDF: gecsedi@recoverycorp.com Mar 27 2019 23:41:38     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                        TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517547292*    +E*Trade Bank,   c/o Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,
               Highlands Ranch, Colorado 80129-2386
517450985*     Internal Revenue Service,   Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517450984*    +Internal Revenue Service,   PO Box 7346,   Philadelphia, PA 19101-7346
                                                                          TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Mar 27, 2019
                             Form ID: pdf901          Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2019 at the address(es) listed below:
          Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@logs.com,
          njbankruptcynotifications@logs.com
          Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
          mdepietro@stark-stark.com
          Kevin Gordon McDonald    on behalf of Creditor    E*Trade Bank kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Moshe  Rothenberg    on behalf of Debtor Robert M. Dilmore moshe@mosherothenberg.com,
          alyson@mosherothenberg.com;ajohn880@gmail.com
          Moshe  Rothenberg    on behalf of Plaintiff Robert M. Dilmore moshe@mosherothenberg.com,
          alyson@mosherothenberg.com;ajohn880@gmail.com
          Seymour  Wasserstrum    on behalf of Debtor Robert M. Dilmore mylawyer7@aol.com,
          ecf@seymourlaw.net
          Stephen B. McNally    on behalf of Defendant    NR DEED, LLC steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally    on behalf of Debtor Robert M. Dilmore steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 12
```