*Office of the Chapter 13 Standing Trustee*

*Isabel C. Balboa, Chapter 13 Standing Trustee* †

Jane L. McDonald, Counsel
Raymond H. Shockley, Jr. Staff Attorney
Jennifer R. Gorchow, Staff Attorney

Kelleen E. Stanley*
Jennie P. Archer*
Lu'Shell K. Alexander*

*Certified Bankruptcy Assistant
†Fellow, American College of Bankruptcy*

June 11, 2019

The Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court
P.O. Box 2067
Camden, New Jersey 08102

RE:   Chapter 13 Bankruptcy
      Debtor(s) Name:     Robert M. Dilmore
      Case No:            18-17326   ABA
      Hearing Date:       N/A

Dear Judge Altenburg:

Please accept this letter as a limited objection to Debtor(s)' Motion/Application filed on June 5, 2019 for the above-captioned matter.

The proposed form of order filed with the Motion/Application, fails to indicate a correct monthly Trustee payment going forward. Therefore, the Trustee respectfully requests that the proposed form of order be amended to reflect new payments of $494.00 per month for forty-six (46) months.

**<u>Please note that Debtor(s)' counsel will be required to submit the amended Order and wage order, if applicable, to the Judge's Chambers with a copy to this office under the Seven (7) Day Rule.</u>**

As always, the Court is welcome to contact the Trustee with any concerns.

Respectfully submitted,

*OFFICE OF THE CHAPTER 13
STANDING TRUSTEE*

*/s/ Isabel C. Balboa*

**ISABEL C. BALBOA**
Chapter 13 Standing Trustee

ICB:lka

c:   Seymour Wasserstrum, Esquire   (Debtor(s) Attorney)   (via Electronic Case Filing / ECF)
     Robert M. Dilmore   (Debtor)   (via First Class Mail)

Cherry Tree Corporate Center
535 Route 38
Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

Payments Only:

P.O. Box 1978
Memphis, TN 38101-1978