**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on June 13, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    Robert M. Dilmore

Case No.:    18-17326

Chapter:    13

Hearing Date:  N/A

Judge:    ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: June 13, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)

Debtor(s): Robert M. Dilmore

Case No.: 18-17326/ABA

Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that Seymour Wasserstrum, Esquire, the applicant, is allowed a fee of** $1,000.00 **for services rendered and expenses in the amount of $0.00 for a total of** $1,000.00 **The allowance shall be payable:**

☒      through the Chapter 13 plan as an administrative priority.

☐      outside the plan.

**The debtors' monthly plan payments increase** $487.00 **for the remaining 46 months commencing on 7/1/2019.**