UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Seymour Wasserstrum, Esq. 2734
LAW OFFICES OF SEYMOUR WASSERSTRUM
Attorneys at Law
205 W. Landis Avenue
Vineland, NJ 08360
P: (856) 696-8300
F: (856) 696-6962
Attorney for Debtor

**Order Filed on September 17, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Robert M. Dilmore

| | |
|---|---|
| Case No.: | 18-17326 |
| Hearing Date: | 9/17/2019 |
| Chapter: | 13 |
| Judge: | ABA |

**ORDER AUTHORIZING
SALE OF REAL PROPERTY**

| Recommended Local Form: | ☐ Followed | ☒ Modified |
|---|---|---|

The relief set forth on the following pages numbered two (2) and three (3) is **ORDERED**.

**DATED: September 17, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

After review of the Debtor's motion for authorization to sell the real property commonly known as _____124 West Main St. Maple Shade, NJ 08052_____, New Jersey (the Real Property).

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property on the terms and conditions of the contract of sale pursuant to 11 U.S.C. §§ 363(b) and 1303.

2. The proceeds of sale must be used to satisfy the liens on the real property unless the liens are otherwise avoided by court order. Until such satisfaction the real property is not free and clear of liens.

3. ☐   In accordance with D.N.J. LBR 6004-5, the *Notice of Proposed Private Sale* included a request to pay the real estate broker and/or debtor's real estate attorney at closing. Therefore the following professional(s) may be paid at closing.

> Name of professional:
>
> Amount to be paid:
>
> Services rendered:

**OR**:  ☐  Sufficient funds may be held in escrow by the Debtor's attorney to pay real estate broker's commissions and attorney's fees for the Debtor's attorneys on further order of this court.

4. Other closing fees payable by the Debtor may be satisfied from the proceeds of sale and adjustments to the price as provided for in the contract of sale may be made at closing.

2

5. The amount of $   8,900.00   claimed as exempt may be paid to the Debtor.

6. The ☐ *balance of proceeds* or the ☐ *balance due on the debtor's Chapter 13 Plan* must be paid to the Chapter 13 Trustee in the Debtor's case.

7. A copy of the HUD settlement statement must be forwarded to the Chapter 13 Trustee 7 days after closing.

8. ☐ The debtor must file a modified Chapter 13 Plan not later than 21 days after the date of this order.

9. Other provisions:

> Trustee shall be disbursed $18,546.12 from the sale proceeds to pay 100% to creditors who filed timely claims.

> Debtor's realtor, Michael Joffe, will file a fee application to receive his intended commission in the amount of $9,600.00 (6% total, 3% to buyers broker, 3% to sellers broker).

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-17326-ABA
Robert M. Dilmore                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1           User: admin              Page 1 of 1            Date Rcvd: Sep 17, 2019
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2019.
db              +Robert M. Dilmore,    24 Farm House Ln,    Maple Shade, NJ 08052-2800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2019 at the address(es) listed below:
              Charles G. Wohlrab    on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Kevin Gordon McDonald    on behalf of Creditor    E*Trade Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Moshe  Rothenberg    on behalf of Debtor Robert M. Dilmore moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe  Rothenberg    on behalf of Plaintiff Robert M. Dilmore moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Seymour  Wasserstrum    on behalf of Debtor Robert M. Dilmore mylawyer7@aol.com,
               ecf@seymourlaw.net
              Stephen B. McNally    on behalf of Debtor Robert M. Dilmore steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally    on behalf of Defendant    NR DEED, LLC steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 12