Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.:  18–17326–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Robert M. Dilmore
    24 Farm House Ln
    Maple Shade, NJ 08052

Social Security No.:
    xxx–xx–6814

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:         11/14/19
Time:         02:00 PM
Location:     Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

---

APPLICANT(S)
Michael Joffe, Realtor

COMMISSION OR FEES
$9600.00

EXPENSES
$0.00

---

If this is a chapter 13 case, the fees and expenses awarded:

☑    will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☐    will reduce the amount to be paid to general unsecured
      creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: October 1, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-17326-ABA
Robert M. Dilmore                                               Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Oct 01, 2019
                             Form ID: 137          Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 03, 2019.
```
db          +Robert M. Dilmore,    24 Farm House Ln,   Maple Shade, NJ 08052-2800
r           +Michael Joffe,    Evergreen Real Estate, LLC,    105 N Highstreet,   Millville, NJ 08332-3831
cr          +Steward Financial Services,    c/o Stark & Stark,    993 Lenox Drive,
             Lawrenceville, NJ 08648-2316
517523804   +Christiana Trust as Custodian GSRAN-Z,    501 Carr Road, Suite 100,   Wilmington, DE 19809-2866
517546355   +Credit Union of New Jersey,    c/o Peter J. Liska, LLC,    766 Shrewsbury Ave.,
             Tinton Falls, NJ 07724-3001
517473078   +ETrade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
517450987  ++++SPECIALIZED LOAN SERVICING,    PO BOX 266005,   LITTLETON CO  80163-6005
             (address filed with court: Specialized Loan Servicing,     PO Box 266005,   Littleton, CO 80163)
517450988   +STATE  Of NEW JERSEY-TREASURY,    847 RORBLING AVENUE,    DEPARTMENT OF TREASURY,
             TRENTON, NJ 08611-1023
517450989  ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
             TRENTON NJ 08646-0245
             (address filed with court: State Of New Jersey,    P.O. Box 245,
             Dept Of Treasury-Division Of Taxation,    Trenton, NJ 08695-0245)
517523806   +Specialized Loan Service,    8742 Lucent Blvd, Ste 300,   Highlands Ranch, CO 80129-2386
517450990   +Steward Financial Group,    PO Box 39,   Maple Shade, NJ 08052-0039
517533089   +Steward Financial Services,    c/o Stark & Stark, P.C.,    993 Lenox Drive,
             Lawrenceville, NJ  08648,    Attention: Jennifer D. Gould, Esquire 08648-2316
517450992    The Home Depot,    PO Box 689100,   Des Moines, IA 50368-9100
517576209    Wells Fargo Bank, N.A., as Servicer,    Default Document Processing N9286-01Y,
             1000 Blue Gentian Road,    Eagan MN 55121-7700
517450993   +Wells Fargo Home Mortgage,    PO Box 10335,   Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Oct 01 2019 22:30:19     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 01 2019 22:30:19     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517450981    E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 01 2019 22:29:18     Capital One,
             PO Box 85015,   Richmond, VA 23285-5015
517569089    E-mail/Text: bankruptcy@cunj.org Oct 01 2019 22:30:17     Credit Union of New Jersey,
             PO Box 7921,   Ewing, NJ 08628-3010
517450982    E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 22:29:32     CareCredit,    PO Box 960061,
             Orlando, FL 32896-0061
517523805   +E-mail/Text: bankruptcy@culsllc.com Oct 01 2019 22:30:21     Credit Union Loan Source,
             PO Box 105388,   Atlanta, GA 30348-5388
517450983   +E-mail/Text: bankruptcy@cunj.org Oct 01 2019 22:30:17     Credit Union of New,    7 Dunmore Ave,
             Trenton, NJ 08618-1937
517450986    E-mail/Text: cio.bncmail@irs.gov Oct 01 2019 22:30:06     Internal Revenue Service,
             P.O. Box 744,   Special Procedure Branch,   Springfield, NJ 07081
517580551   +E-mail/Text: bankruptcydpt@mcmcg.com Oct 01 2019 22:30:18     Midland Funding LLC,
             PO Box 2011,   Warren, MI 48090-2011
517599479    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 22:29:39
             Portfolio Recovery Associates, LLC,    c/o Care Credit,   POB 41067,   Norfolk VA 23541
517599481    E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 01 2019 22:29:14
             Portfolio Recovery Associates, LLC,    c/o Pc Richard,    POB 41067,   Norfolk VA 23541
517450991    E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 22:29:09     SYNCB/PC,    PO Box 965036,
             Orlando, FL 32896-5036
517453002   +E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2019 22:29:32     Synchrony Bank,
             c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                TOTAL: 13
```

```
        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517547292*   +E*Trade Bank,    c/o Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
              Highlands Ranch, Colorado 80129-2386
517450985*    Internal Revenue Service,    Po Box 725 Special Procedures Fuction,   Springfield, NJ 07081
517450984*   +Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
                                                                       TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 01, 2019
                              Form ID: 137             Total Noticed: 28
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 30, 2019 at the address(es) listed below:
          Charles G. Wohlrab   on behalf of Creditor   WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
          njbankruptcynotifications@logs.com
          Denise E. Carlon   on behalf of Creditor   E*Trade Bank dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Jennifer D. Gould   on behalf of Creditor   Steward Financial Services jgould@stark-stark.com,
          mdepietro@stark-stark.com
          Kevin Gordon McDonald   on behalf of Creditor   E*Trade Bank kmcdonald@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Moshe  Rothenberg   on behalf of Debtor Robert M. Dilmore moshe@mosherothenberg.com,
          alyson@mosherothenberg.com;ajohn880@gmail.com
          Moshe  Rothenberg   on behalf of Plaintiff Robert M. Dilmore moshe@mosherothenberg.com,
          alyson@mosherothenberg.com;ajohn880@gmail.com
          Seymour  Wasserstrum   on behalf of Debtor Robert M. Dilmore mylawyer7@aol.com,
          ecf@seymourlaw.net
          Stephen B. McNally   on behalf of Defendant   NR DEED, LLC steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          Stephen B. McNally   on behalf of Debtor Robert M. Dilmore steve@mcnallylawllc.com,
          jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                              TOTAL: 12
```