|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>Phone: 856-696-8300<br>Fax: 856-696-3586<br>Email: mylawyer7@aol.com | Order Filed on November 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: 18-17326<br><br>Chapter: 13 |
| In Re:<br><br>   Robert M. Dilmore | Hearing Date: 11/14/19<br><br>Judge: ABA |

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

DATED: November 14, 2019

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Robert M. Dilmore
Case No.: 18-17326
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that  Michael Joffe, Realtor  the applicant, is allowed a fee of $9,600.00 for services rendered and expenses in the amount of $0.00 for a total of $9,600.00. The allowance shall be payable:**

        ☒    through the Chapter 13 plan as an administrative priority.

        ☐    outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.