| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>Law Offices of Seymour Wasserstrum<br>205 W. Landis Avenue<br>Vineland, NJ 08360<br>Phone: 856-696-8300<br>Fax: 856-696-3586<br>Email: mylawyer7@aol.com<br><br>In Re:<br><br>Robert M. Dilmore |
|---|

Order Filed on November 14, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:    18-17326

Chapter:    13

Hearing Date: 11/14/19

Judge:    ABA

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: November 14, 2019**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Robert M. Dilmore
Case No.: 18-17326
Caption of Order: Order Granting Supplemental Chapter 13 Fees

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED that  Michael Joffe, Realtor  the applicant, is allowed a fee of $9,600.00 for services rendered and expenses in the amount of $0.00 for a total of $9,600.00. The allowance shall be payable:**

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-17326-ABA
Robert M. Dilmore                                                     Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 14, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 16, 2019.
db              +Robert M. Dilmore,    24 Farm House Ln,    Maple Shade, NJ 08052-2800

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 14, 2019 at the address(es) listed below:
              Charles G. Wohlrab     on behalf of Creditor    WELLS FARGO BANK, N.A. cwohlrab@LOGS.com,
               njbankruptcynotifications@logs.com
              Denise E. Carlon    on behalf of Creditor    E*Trade Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Jennifer D. Gould     on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
               mdepietro@stark-stark.com
              Kevin Gordon McDonald     on behalf of Creditor    E*Trade Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Moshe  Rothenberg     on behalf of Debtor Robert M. Dilmore moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Moshe  Rothenberg     on behalf of Plaintiff Robert M. Dilmore moshe@mosherothenberg.com,
               alyson@mosherothenberg.com;ajohn880@gmail.com
              Seymour  Wasserstrum     on behalf of Debtor Robert M. Dilmore mylawyer7@aol.com,
               ecf@seymourlaw.net
              Stephen B. McNally     on behalf of Debtor Robert M. Dilmore steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              Stephen B. McNally     on behalf of Defendant    NR DEED, LLC steve@mcnallylawllc.com,
               jennifer@mcnallylawllc.com;lauren@mcnallylawllc.com;b.sr70072@notify.bestcase.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 12